# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DR. JOSEPH BATTISTA,

      Plaintiff,

v.                                                                 Case No. 25-CV-91

ASCENSION MEDICAL GROUP –
SOUTHEAST WISCONSIN, INC.,

      Defendants.

## ORDER

On October 22, 2025, the court held a telephonic hearing to address Plaintiff's motion to compel discovery responses. (ECF No. 15.)

As for Plaintiff's Document Request No. 8, defense counsel stated that the document does not exist. As for Plaintiff's Document Request Nos. 13 and 14, defense counsel stated that the disclosures have been made. Therefore, this part of Plaintiff's motion is denied as moot.

As for Plaintiff's Document Request No. 2, the Plaintiff's motion to compel is granted but limited to surgeons in the South region of Wisconsin. As for Plaintiff's Document Request Nos. 4, 12, 18–21, and 23, the Plaintiff's motion to compel is granted.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel is granted in part and denied in part as set forth herein.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge